# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00566-CV

### Ex parte City of El Paso

**FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY, NO. D-1-GN-17-001888
THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellees' briefs were originally due December 20, 2017. On counsel's motions, the time for filing was extended to January 19, 2018. Counsel for certain appellees, Max Grossman, Antonia Flores Morales, Candelaria Garcia, Emily Saenz Gardea, and Olga Lopez have now filed a third motion, requesting that the Court extend the time for filing appellees' briefs. We grant the motion for extension of time and order appellees Max Grossman, Antonia Flores Morales, Candelaria Garcia, Emily Saenz Gardea, and Olga Lopez to file their briefs no later than February 20, 2018. No further extension of time will be granted and failure to comply with this order will result in the case being submitted to this Court on the appellants' briefs alone.

It is ordered on January 18, 2018.

Before Chief Justice Rose, Justices Field and Goodwin